**2006–0843.   J.F. v. D.B.**
Summit App. No. 22709, 165 Ohio App.3d 791, 2006-Ohio-1175. Discretionary appeal accepted. Motion for admission pro hac vice of Joseph P. Martone by Douglas N. Godshall granted.

**2006–0875.   State v. Williams.**
Allen App. No. 1–05–74, 2006-Ohio-1409.
    RESNICK and PFEIFER, JJ., dissent.

**2006–0882.   State v. Geeslin.**
Mercer App. No. 10–05–06, 2006-Ohio-1261.
    RESNICK and PFEIFER, JJ., dissent.

**2006–0899.   State v. Lomax.**
Hamilton App. No. C–040450, 2006-Ohio-1373.
    RESNICK and PFEIFER, JJ., dissent.

**2006–0905.   State v. Ward.**
Greene App. No. 2005–CA–75, 2006-Ohio-1407. Discretionary appeal accepted; cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; cause consolidated with 2006–1122, *State v. Ward,* Greene App. No. 2005–CA–75, 2006-Ohio-1407; and briefing schedule stayed.

**2006–0912.   Preferred Capital, Inc. v. Wheaton Trenching, Inc.**
Summit App. No. 22995, 2006-Ohio-1554. Discretionary appeal accepted; cause held for the decision in 2005–2134, *Preferred Capital, Inc. v. Power Eng. Group, Inc.,* Summit App. Nos. 22475, 22476, 22477, 22478, 22485, 22486, 22487, 22488, 22489, 22497, 22499, 22506 and 22513, 163 Ohio App.3d 522, 2005-Ohio-5113; and briefing schedule stayed.
    PFEIFER, J., dissents.
    RESNICK, J., not participating.

**2006–0927.   Core Funding Group, LLC v. McDonald.**
Lucas App. No. L–05–1291, 2006-Ohio-1625. Discretionary appeal accepted on Proposition of Law Nos. II and III.
    MOYER, C.J., PFEIFER and O'CONNOR, JJ., would also accept the appeal on all other Propositions of Law.
    RESNICK, LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2006–0949.   State v. Phillips.**
Montgomery App. No. 21128, 2006-Ohio-1607. Discretionary appeal accepted; cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; cause consolidated with 2006–1024, *State v. Phillips,* Montgomery App. No. 21128, 2006-Ohio-1607; and briefing schedule stayed.

**2006–0987.   State v. McIntosh.**
Montgomery App. No. 21093, 2006-Ohio-1815. Discretionary appeal accepted; cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; cause consolidated with 2006–0988, *State v. McIntosh,* Montgomery App. No. 21093, 2006-Ohio-1815; and briefing schedule stayed.